UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAQUITA SMITH,

                                                      Civil Action No. 21-11313

              Plaintiff,

                                                      HON. MARK A. GOLDSMITH

vs.

WAL-MART STORES EAST, LP,

              Defendant.

_____/

## JUDGMENT

       Judgment is entered against Plaintiff Laquita Smith and in favor of Defendant Wal-Mart

Stores East, LP, in accordance with the opinion and order entered on today's date.

       SO ORDERED.

Dated: July 26, 2022                          s/Mark A. Goldsmith
Detroit, Michigan                             MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any
unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail
addresses disclosed on the Notice of Electronic Filing on July 26, 2022.


                                              s/D. Tofil
                                              Case Manager